4:04CR1688
4:03CR1324

**CLERK OF THE UNITED STATES DISTRICT COURT**
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS

ATTEMPTED NOT KNOWN

RETURNED TO SENDER

04 DEC 2006

TUCSON

Counsel Corbetto
FCI
PO Box 7000
Fort Dix, NJ 08640

JAN -9 2007

HASLER
Mailed From 85701
12 04 2006
$0.39
US POSTAGE

RECEIVED
FILED
LODGED
COPY

ANK

```
                    IN THE UNITED STATES DISTRICT COURT

                          FOR THE DISTRICT OF ARIZONA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| PLAINTIFF, | ) | No. CR04-0688 TUC CKJ |
| vs. | ) | CR03-1324 TUC CKJ |
| Anthony Lowenstein, | ) | **ORDER TO CONTINUE HEARING** |
| DEFENDANT. | ) | |

    The Court having read and considered the Government's Motion to Continue Motion Hearing, Re: Return of Property, and good cause appearing and no objection from the Defendant, therefore,

    IT IS ORDERED granting the Government's Motion to Continue.

    IT IS FURTHER ORDERED resetting the hearing to January 8, 2007, at 11:00 a.m. Tucson time, before the Honorable Cindy K. Jorgenson. The Court reminds the parties that the recent time change did not affect the time in Tucson, Arizona; accordingly, 11:00 a.m., Tucson time is 1:00 p.m., New Jersey and Connecticut time. The Court will initiate the telephone call to Ms. Lowenstein when the Defendant calls her as a witness.

...

...

...

...

...

...

IT IS FURTHER ORDERED the Clerk of the Court shall mail a copy of this Order to the following persons:

    Anthony Lowenstein, Inmate No. 11343-196
    Building 5828, Third Floor
    Federal Correctional Institution
    P.O. Box 7000
    Fort Dix, New Jersey 08740

    Counsel Corbello
    Federal Correctional Institution
    P.O. Box 7000
    Fort Dix, New Jersey 08640

    Victoria de Mar Lowenstein
    50 Rodwell Avenue, 2nd Floor
    Greenwich, Connecticut 06840

DATED this 29th day of November, 2006.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge